# United States Bankruptcy Court
For The
District of Maryland/Northern Division

IN RE: DWIGHT C DESHIELDS, JR.
10817 WILL PAINTER DR
OWINGS MILLS, MD 21117

Case No: 19-25192-NVA
Judge: Nancy V. Alquist
Date: 7/1/2020

### NOTICE OF FILED CLAIMS

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 001 | DISCOVER BANK DISCOVER PRODUCTS INC / PO BOX 3025 NEW ALBANY, OH 43054-3025 | 9,592.88 | Unsecured |
| | Acct: 1095 | | |
| | Comment: | | |
| 002 | SECURITYPLUS FEDERAL CREDIT UNION / 7135 WINDSOR BLVD BALTIMORE, MD 21244-2706 | 4,676.96 | Unsecured |
| | Acct: 2065 | | |
| | Comment: | | |
| 003 | SECURITYPLUS FEDERAL CREDIT UNION / 7135 WINDSOR BLVD BALTIMORE, MD 21244-2706 | | DirectPay 33,532.76 |
| | Acct: 8034 | | |
| | Comment: OUTSIDE PER PLAN | | |
| 004 | SECURITYPLUS FEDERAL CREDIT UNION / 7135 WINDSOR BLVD BALTIMORE, MD 21244-2706 | | DirectPay 34,197.01 |
| | Acct: 1517 | | |
| | Comment: OUTSIDE PER PLAN | | |
| 005 | CAVALRY PORTFOLIO SERVICES LLC / 500 SUMMIT LAKE DR #400 VALHALLA, NY 10595 | 1,702.48 | Unsecured |
| | Acct: 9484 | | |
| | Comment: | | |
| 006 | CAPITAL ONE BANK / AMERICAN INFOSOURCE 4515 N SANTA FE AVENUE / OKLAHOMA CITY, OK 73118 | 4,166.54 | Unsecured |
| | Acct: 2691 | | |
| | Comment: | | |
| 007 | LVNV FUNDING LLC / RESURGENT CAPITAL SERVICES PO BOX 10587 / GREENVILLE, SC 29603-0587 | 24,605.11 | Unsecured |
| | Acct: 8388 | | |
| | Comment: | | |
| 008 | NAVIENT SOLUTIONS INC on behalf of / EDUCATIONAL CREDIT MA[N] PO BOX 16408 / SAINT PAUL, MN 55116-0408 | 4,136.76 | Unsecured |
| | Acct: 5509 | | |
| | Comment: | | |
| 009 | BANK OF AMERICA / PO BOX 982284 EL PASO, TX 79998-2238 | 11,202.26 | Unsecured |
| | Acct: 5113 | | |
| | Comment: | | |
| 010 | JPMORGAN CHASE BANK, N.A. / 6409 CONGRESS AVENUE #100 BOCA RATON, FL 33487 | 2,306.33 | Unsecured |
| | Acct: 5985 | | |
| | Comment: | | |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

Case No: 19-25192-NVA
Judge: Nancy V. Alquist
Date: 7/1/2020

IN RE: DWIGHT C DESHIELDS, JR.
10817 WILL PAINTER DR
OWINGS MILLS, MD 21117

**NOTICE OF FILED CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 011 | AMERICAN EXPRESS / C/O BECKET & LEE LLP<br>PO BOX 3001 / MALVERN, PA 19355-0701<br>Acct: 2005<br>Comment: | 5,720.08 | Unsecured |
| 012 | AMERICAN EXPRESS / C/O BECKET & LEE LLP<br>PO BOX 3001 / MALVERN, PA 19355-0701<br>Acct: 1004<br>Comment: | 1,909.70 | Unsecured |
| 013 | VERIZON / BY AMERICAN INFOSOURCE<br>4515 N SANTA FE AVENUE / OKLAHOMA CITY, OK 73118<br>Acct: 0001<br>Comment: | 60.83 | Unsecured |
| 014 | CITIBANK, N.A. / 5800 S. CORPORATE PL<br>SIOUX FALLS, SD 57108<br>Acct: 1078<br>Comment: | 784.76 | Unsecured |
| 015 | FREEDOM MORTGAGE CORPORATION / P.O. BOX 50485<br>INDIANAPOLIS, IN 46250-0485<br>Acct: 8062<br>Comment: TSF 5/19/20 | 1,494.49 | Secured |
| 016 | LVNV FUNDING LLC / RESURGENT CAPITAL SERVICES<br>PO BOX 10587 / GREENVILLE, SC 29603-0587<br>Acct: 3842<br>Comment: | 1,392.45 | Unsecured |

# United States Bankruptcy Court
For The
District of Maryland/Northern Division

IN RE: DWIGHT C DESHIELDS, JR.
10817 WILL PAINTER DR
OWINGS MILLS, MD 21117

Case No: 19-25192-NVA
Judge: Nancy V. Alquist
Date: 7/1/2020

**NOTICE OF FILED CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed, which will be paid in the amounts and manner set forth below, subject to provisions of the Plan and other Court Orders and Rule 3010(b), Rules of Bankruptcy Procedure.

| Claim # | Name and Address of Creditor | Amount | Classification |
|---|---|---|---|
| 017 | WELLS FARGO BANK NA / WELLS FARGO CARD SERVICES PO BOX 10438  MAC F8235-02F / DES MOINES, IA 50306-0438 Acct: 5661 Comment: | 6,968.29 | Unsecured |
| | Total | 80,719.92 | |
| | JEFFREY P NESSON ESQUIRE 44 WESTMINSTER PIKE REISTERSTOWN, MD 21136 | 2,325.00 | Debtor's Attorney |

Pursuant to 11 U.S.C. 502 (a), the filed claims are deemed allowed for purposes of distribution and shall be paid if provided for under the plan. DEBTOR(S): IF YOU BELIEVE A CLAIM IS NOT CORRECT, YOU MUST FILE AN OBJECTION IN ACCORDANCE WITH BANKRUPTCY RULE 3007 AND LOCAL BANKRUPTCY RULE 3007-1.

/s/ Robert S. Thomas, II
Robert S. Thomas, II, Trustee
300 E. Joppa Road, Suite 409
Towson, MD 21286

I hereby certify that on 07/01/2020 a copy of this Notice was served on the Debtor(s) by regular mail, postage prepaid. I further certify that a copy of this notice was served on the attorney for the Debtor(s) electronically through the Court's ECF system on the date this Report was uploaded for filing.

/s/ Robert S. Thomas, II
Robert S. Thomas, II, Trustee